are granted: Pacific Legal Foundation et al.; Council of Public Relations Firms et al.; ExxonMobil et al.; Center for Advancement of Capitalism; Civil Justice Association of California; Thirty-Two Leading Newspapers, Magazines, Broadcasters, and Media-Related Professional Associations; Washington Legal Foundation; Chamber of Commerce of the United States; and Center for Individual Freedom. Certiorari granted.

No. 02–722. AMERICAN INSURANCE ASSN. ET AL. *v.* LOW, INSURANCE COMMISSIONER, STATE OF CALIFORNIA. C. A. 9th Cir. Motion of Chamber of Commerce of the United States et al. for leave to file a brief as *amici curiae* granted. Certiorari granted.

JANUARY 13, 2003

No. 02–125. KING *v.* GEORGIA ET AL. Affirmed on appeal from D. C. D. C.

No. 02–425. KING *v.* GEORGIA ET AL. Affirmed on appeal from D. C. D. C.

No. 02–577. CANO ET AL. *v.* DAVIS, GOVERNOR OF CALIFORNIA, ET AL. Affirmed on appeal from D. C. C. D. Cal.

No. 02–776. KING ET AL. *v.* GEORGIA. Affirmed on appeal from D. C. N. D. Ga.

No. 02–377. IMMIGRATION AND NATURALIZATION SERVICE *v.* SILVA-JACINTO. C. A. 9th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *INS* v. *Orlando Ventura, ante,* p. 12.

No. 02–7251. BANKS *v.* McCONNELL ET AL. C. A. 9th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8. As petitioner has repeatedly abused this Court's process, the Clerk